UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ANTHONY HOWARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:13-cv-376-JMS-WGH |
| | ) | |
| JOHN OLIVER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Corrected Entry and Order Dismissing Action**

**I.**

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott,* 512 U.S. 849, 856 (1994). This is an appropriate case for such a disposition. This conclusion is compelled by the following facts and circumstances:

1. Anthony Howard pleaded guilty to conspiracy to possess heroin and cocaine base with the intent to distribute. The district court sentenced him to 227 months' imprisonment. *United States v. Howard,* 454 F.3d 700, 704 (7th Cir. 2006).

2. At sentencing, Howard was held accountable for the overdose death of heroin user Edwin Tallard. A challenge to the finding as part of the basis for his sentencing was rejected by the Court of Appeals. *Id.* Howard is confined in this District serving the executed portion of the sentence imposed for his offense.

3. Howard now seeks habeas corpus relief pursuant to 28 U.S.C. § 2241(c)(3) based on his contention that because of the recent decision in *Alleyne v. United States,* 133 S. Ct. 2151 (2013), his sentencing "enhancement" is improper.

4. *Alleyne* overruled *Harris v. United States,* 536 U.S. 545 (2002), and found that the Sixth Amendment rights recognized in *Apprendi v. New Jersey*, 530 U.S. 466 (2000), also apply to facts triggering a mandatory minimum sentence. This avails Howard nothing, however, because the Seventh Circuit has already determined that *Alleyne* does not apply retroactively to cases on collateral review. *Simpson v. United States,* 721 F.3d 875 (7th Cir. 2013). Moreover, the guideline calculation determined by the district court in no way implicated a statutory mandatory minimum sentence.

5. Howard's habeas petition shows on its face that he is not entitled to the relief he seeks.

## II.

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 11/05/2013

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

ANTHONY HOWARD
#05830-090
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808